1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLAF PETER JUDA,** ) | **CV F 05-0037 AWI WMW HC** |
| ) | |
| Petitioner, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **REQUEST TO FILE SECOND** |
| ) | **AMENDED PETITION** |
| ) | |
| **RAYMOND D. ANDREWS,** ) | [Doc. 12] |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On January 17, 2006, Petitioner filed a motion for leave to file a supplemental petition.  Good cause appearing, Petitioner's request is GRANTED.  Petitioner shall, within thirty (30) days of the date of this order, file a final petition labeled "Second Amended Petition."  Petitioner shall include in that petition EACH AND EVERY CLAIM he wishes to raise in this case.  This case will then proceed solely on

the Second Amended Petition.

IT IS SO ORDERED.

**Dated:   March 15, 2006**          **/s/  William M. Wunderlich**
bl0dc4                               UNITED STATES MAGISTRATE JUDGE

2