UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLAF PETER JUDA, | ) | 1:05-CV-0037 AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #22) |
| | ) | |
| RAYMOND D. ANDREWS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.  On October 2, 2006, respondent filed a motion to extend time to file its answer . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file its answer.

IT IS SO ORDERED.

**Dated:     October 19, 2006**          **/s/  William M. Wunderlich**
j14hj0                                                            UNITED STATES MAGISTRATE JUDGE