**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **OLAF PETER JUDA,** | ) | CV F 05-0037 AWI WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER REQUIRING** |
| v. | ) | **RESPONSE TO MOTION FOR** |
| | ) | **RELEASE OF P.S.R. AND** |
| | ) | **JUDGMENT AND** |
| **RAYMOND D. ANDREWS,** | ) | **COMMITMENT DOCUMENTS** |
| | ) | |
| Respondent. | ) | [Doc. 21] |
| | ) | |

    Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. On August 15, 2006, Petitioner filed a motion requesting this court to order Respondent to release to Petitioner, and for Petitioner to have possession of, his presentence report and his judgment and commitment. Petitioner explains that Bureau of Prison regulations prohibit a prisoner from possessing these documents. Petitioner argues, however, that the court should order Respondent to release the documents pursuant to a F.O.I.A. request.

    Respondent has not filed an opposition or other response to Petitioner's motion. Under Local Rule 78-230(c), a party who has no opposition to the granting of a motion must

file a statement of nonopposition.  Accordingly, Respondent IS HEREBY ORDERED to file either an opposition or a statement of nonopposition to Petitioner's motion within thirty (30) days of the date of service of this order.  Petitioner shall have thirty days after service of Respondent's response to file a reply. IT IS SO ORDERED.

**Dated:     February 5, 2007**                    **/s/  William M. Wunderlich**
mmkd34                                                     UNITED STATES MAGISTRATE JUDGE

2